SEND

FILED
CLERK, U.S. DISTRICT COURT
JUL 28 2005
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MEDINA, et al., Plaintiff(s), vs. ALBERTSONS, INC., et al., Defendant(s). | No. CV 05-5458-RGK (RCx) ORDER SETTING SCHEDULING CONFERENCE |

This matter is set for a scheduling conference on **October 3, 2005 at 9:00 a.m.** The Conference will be held pursuant to F.R.Civ. P. 16(b). Counsel are ordered to file a joint statement providing a brief factual summary of the case, including the claims being asserted. The parties are reminded of their obligation to disclose information and confer on a discovery plan, not later than 21 days prior to the scheduling conference. The parties shall file their Rule 26(f) report with the Court, not later than 14 days after conferring, and deliver **a <u>conformed</u> courtesy copy** to the Judge's courtesy box, located

DOCKETED ON CM
AUG 2 2005
BY 021

3

outside the clerk's office, Room 181-L at the Roybal Federal Building. Failure to comply may lead to the imposition of sanctions.

DATED: JUL 2 8 2005

Gary Klausner

R. Gary Klausner
United States District Judge

SCANNED